# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25-120 (FAB) |
| Jesus Sierra-Toro (1) ) | |
| _____ ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/12/2025

*Defendant's signature*

*Signature of defendant's attorney*

Osvaldo Carlo Linares
*Printed name of defendant's attorney*

*Judge's signature*

Francisco A. Besosa, Senior U.S. District Judge
*Judge's printed name and title*

[Stamp: RECEIVED & FILED CLERK'S OFFICE MAR 12 2025 US DISTRICT COURT SAN JUAN, PR]