# Memorandum



**25-wa-004-FAB**

| Subject | Date |
|---|---|
| Filing of Information<br>Jesus Sierra-Toro | February 26, 2025 |

To:

Gizelle Rivera
Operations Manager
U.S. District Court
District of Puerto Rico

From:

Daniel J. Olinghouse
Assistant United States Attorney
District of Puerto Rico

Jesus Sierra-Toro, represented by Attorney Osvaldo Carlo, has agreed to the filing of the attached Information charging a violation of 18 U.S.C. § 1343 and 1349 (Wire Fraud and Conspiracy to Commit Wire Fraud). Sierra-Toro will be pleading guilty to the Information pursuant to a Plea Agreement to be filed with the Court.

The parties respectfully suggest a date within the next 10 days for the waiver of Indictment, Filling of Information, and Change of Plea hearings.

cc. Osvaldo Carlo, Esq.