# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>JESÚS SIERRA-TORO,<br><br>**Defendant.** | **Criminal No.** 25-120 (FAB) |

## PRELIMINARY FORFEITURE ORDER

WHEREAS, defendant Jesús Sierra-Toro pled guilty to Count One of the Information pursuant to a plea agreement; and

WHEREAS, as part of his plea agreement, defendant's interest in the following properties was forfeited to the United States:

1. Property located at 501 Calle Colberg, Cond. Baldorioty Gardens, Apt. 3-B, San Juan, Puerto Rico, together with all improvements and appurtenances, described as follows:

> "Residential apartment on the third floor of the Baldorioty Gardens Condominium, at Baldorioty de Castro Avenue and Cerra Street, Santurce, San Juan, Puerto Rico, measuring twenty six feet fine inches (26'5") wide equivalent to eight point zero eight (8.08) meters by twenty one feet two inches (21'2") long, equivalent to six point forty six (6.46) meters, with a superficial area of fine hundred fifty seven (557.00) square feet, equivalent to eight point zero eight (8.08) meters, with exterior elements of the buildings and with the lot on which the building is erected; on the South, on a distance of twenty six feet fine inches (26'5"), equivalent to eight point zero eight (8.08) meters, with apartment three-A (3-A) and the common hallway; on the East, on a distance of twenty three feet one inch (23'1'), equivalent to six point forty six (6.46)

meters, with apartment three-A (3-A) and on the West, on a distance of twenty three feet one inch (23'1"), equivalent to six point forty six (6.46) meters with apartment three-C (3-C). The apartment consists of living room, dining room, kitchen, one bedroom, one bathroom and a balcony on its North side with on area of twenty-six (26) square feet, equivalent to two points forty one (2.41) meters. The apartment is equipped with a range, oven, water heater, stainless steel sink, refrigerator, and kitchen cabinets. The apartment has a main door connecting with the common hallway in the floor from where access may be gained to the exterior of the building and to the public street by the elevator and the stairways. The apartment has the right of parking number three-B (3-B). This apartment has a share of one point sixty-seven percent (1.67%) in the general common elements of the condominium and a share of fifteen-point fifty two percent (15.52%) in the restricted common elements."

Property No 21539 recorded at page 81 of volume 601 of Santurce Norte, Registry of the Property of San Juan, First Section, Puerto Rico.

2. Property located at Carr. 181, Km 2.2, Bo. Quemados, San Lorenzo, Puerto Rico, together with all improvements and appurtenances, more described as follows:

RUSTIC: Lot identified with the number One (1) on the inscription plan, located in the Quemado Ward of San Lorenzo, Puerto Rico, composed of thirteen cents of a "cuerda"; equal to 509.04 square meters. Its boundaries are by the NORTH, with Carlos Cobian and Ramon Gomez, in a distance of 32.00 meters; by the SOUTH, with the lot marked with the number 2 on the inscription plan, in a distance of 32.00 meters; by the EAST, in a distance of 16.00 meters with an area dedicated to public use, which separates it from Luisa Gomez's land; and by WESR, in 16.00 meters with the main property.

Property No. 10468, recorded at page 246 of volume 199 of San Lorenzo, Registry of the Property of Caguas, Second Section, Puerto Rico, and

WHEREAS, the United States has made a sufficient showing of the forfeitability of the properties; and

WHEREAS, the Court has jurisdiction pursuant to 18 U.S.C. § 981 and 28 U.S.C. 2461(c), 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure to order the defendant, as part of his sentence, to forfeit the properties to the United States.

Accordingly, it is ORDERED,

That the United States is now entitled to possess the properties, free and clear, pursuant to 18 U.S.C. § 981 and 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, and any and all of the defendant's interest in the properties, is forfeited to the United States; and it is further

ORDERED that the United States is authorized to seize the properties for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 981 and 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure; and it is further

ORDERED that upon the issuance of this Preliminary Forfeiture Order, the United States will publish notice of the Order on the official government internet site, (www.forfeiture.gov), as required by 21 U.S.C. § 853(n); and it is further

ORDERED that notice of this Order will include notice of the United States Secret Service's intent to dispose of the properties in a manner directed by the Attorney General; and it is further

ORDERED that the United States will notify any person, having or claiming a legal interest in the properties, advising each person of his or her right to file a petition with the Court to contest the forfeiture in accordance with 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure; and it is further

ORDERED that a copy of any petition should be served on Assistant United States Attorney Daniel J. Olinghouse within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier; and it is further

ORDERED that the notice will state that the petition is for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties; shall be signed by the petitioner under penalty of perjury; and shall set forth the nature and extent of the petitioner's rights, title or interest in the forfeited properties and any additional fact supporting the petitioner's claim and the relief sought.

Upon adjudication of all third-party interests, the Court will enter a Final Forfeiture Order pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2 of the

Criminal No. 25-120 (FAB)                                           5

Federal Rules of Criminal Procedure; in which all interests will be addressed.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, April 2, 2025.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
