UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>v.<br><br>JESUS SIERRA-TORO,<br>**Defendant.** | CRIMINAL NO. 25-120 (FAB) |

**NOTICE OF PUBLICATION**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date, plaintiff is filing with this Court an Advertisement Certification Report and Advertisement Report (Attachment 1), demonstrating that notice was published for thirty (30) consecutive days on www.forfeiture.gov, an official government internet site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).

Notice was published for thirty (30) consecutive days from April 29, 2025, through May 28, 2025A, as follows:

501 Calle Elisa Coldberg, Baldorioty Gardens Condominium, Apt 3-B, San Juan, PR 00907-2607, Property No. 21539 (25-USS-000076) Parcel # 21539
.

1

*Criminal No. 25-120 (FAB)*

Carr 181 Km 2.2 Bo Quemados, San Lorenzo, PR 00754, Property No. 10468 (25-USS-000077) Parcel # 10468.

                                                Respectfully submitted,

                                                W. STEPHEN MULDROW
                                                United States Attorney

                                                s/*Daniel J. Olinghouse*
                                                Daniel J. Olinghouse
                                                Assistant United States Attorney
                                                USDC-PR No. G03009
                                                Torre Chardón, Suite 1201
                                                350 Carlos Chardón Street
                                                San Juan, PR 00918
                                                (787) 766-5656
                                                Daniel.Olinghouse2@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused this filing to be presented to the Clerk of the court for filing and uploading to the CM/ECF system.

                                                s/*Daniel J. Olinghouse*
                                                Daniel J. Olinghouse
                                                Assistant United States Attorney