IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.: 25-120 (FAB) |
| JESUS SIERRA-TORO; | |
| Defendant. | |

## UNITED STATES OF AMERICA'S MOTION TO RESTRICT

The United States of America very respectfully moves the Court to restrict the accompanying filing until further order of the Court.  On this date the United States has filed a certain document which relates to a matter before this Court.  For the reasons stated in that document, the United States moves to restrict the document to the "Parties Only" level of restriction until further order of the Court.  Accordingly, the United States respectfully moves the Court to grant this motion and restrict the accompanying filing to the "Parties Only" level of restriction until further order of the Court.

Respectfully submitted,

W. STEPHEN MULDROW
United States Attorney

s/Daniel J. Olinghouse
Assistant United States Attorney
USDC-PR No. G03009
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
Daniel.Olinghouse2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will generate an electronic notice of this filing to be sent to the parties.

s/Daniel J. Olinghouse
Daniel J. Olinghouse
Assistant United States Attorney
